MANATT, PHELPS & PHILLIPS, LLP
John F. Libby (SBN 128207)
E-mail: jlibby@manatt.com
Harold P. Reichwald (SBN 085274)
E-mail: hreichwald@manatt.com
Emil Petrossian (SBN 264222)
E-mail: epetrossian@manatt.com
Seth Reagan (SBN 279368)
E-mail: sreagan@manatt.com
11355 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendants*
CURTIS REIS, ROBERT BOTHNER,
D. GREGORY SCOTT, and ROBERT
THOMPSON

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR ALLIANCE BANK,<br><br>Plaintiff,<br><br>vs.<br><br>CURTIS REIS; DANIEL JACKSON; MICHAEL ABRAMS; ROBERT BOTHNER; D. GREGORY SCOTT; and ROBERT THOMPSON,<br><br>Defendants. | Case No. SACV 12-02212 JLS (ANx)<br><br>Hon. Josephine L. Staton<br>Courtroom No. 10A<br><br>**DEFENDANT'S *EX PARTE* APPLICATION TO CONTINUE SEPTEMBER 12, 2014 MOTION HEARING TO SEPTEMBER 17 OR 18, 2014; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JOHN F. LIBBY IN SUPPORT THEREOF**<br><br>[*Proposed Order Lodged Herewith*]<br><br>Date Filed:  Dec. 21, 2012<br>Trial Date:   Oct. 14, 2014 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that defendants Robert Bothner, D. Gregory Scott, Robert Thompson, and the late Curtis Reis (collectively, "Moving Defendants") hereby seek an *ex parte* order moving the hearing on all pending motions from September 12, 2014 to September 17 or 18, 2014.

This *ex parte* application is based on this notice of application, the accompanying memorandum of points and authorities, the accompanying declaration of John F. Libby, and such other argument, pleadings, and papers on file that the Court may consider at or before the hearing on this application (if any).

Counsel for plaintiff Federal Deposit Insurance Corporation as Receiver for Alliance Bank ("FDIC") and *pro se* defendant Michael Abrams were given formal notice of this *ex parte* application telephonically on August 25, 2014. (Declaration of John Libby ("Libby Decl.") ¶ 3.) *Pro se* defendant Daniel Jackson was given formal notice of this *ex parte* application via e-mail on August 26, 2014. (*Id.*) The FDIC has indicated that it does not oppose the idea of a continuance, but as of the date of this application, has not agreed to either September 17 or 18 for the new hearing date. (*Id.*) Mr. Abrams has indicated that he opposes the application only insofar as it seeks to continue the hearing date on his pending motion for summary judgment against the FDIC. (*Id.*) Mr. Jackson has not responded to Moving Defendants' request for his position regarding this *ex parte* application. (*Id.*)

The FDIC's counsel's contact information is:

> Patrick J. Richard, Esq.
> prichard@nossaman.com
> James H. Vorhis, Esq.
> jvorhis@nossaman.com
> Nossaman LLP
> 50 California Street, 34th Floor
> San Francisco, California 94111
> Telephone: (415) 398-3600
> Facsimile: (415) 398-2438

1  Mr. Abrams's contact information is:

2  Michael Abrams
mabrams@abramsheynlaw.com
3  Abrams & Heyn LLP
11766 Wilshire Blvd., Sixth Floor
4  Los Angeles, California 90025
Telephone: (310) 268-1000
5  Facsimile: (310) 268-1061

6  Mr. Jackson's contact information is:

7  Daniel Jackson
danieljackson@cox.net
8  27 Merano
Mission Viejo, California 92692
9

10  (Libby Decl. ¶ 4.)

11

12  Respectfully submitted,

13  Dated: August 27, 2014   MANATT, PHELPS & PHILLIPS, LLP
Harold P. Reichwald
14  John F. Libby
Emil Petrossian
15  Garrett Mott

16

17  By:    /s/ John F. Libby
John F. Libby
18
*Attorney for Defendants*
19  CURTIS REIS, ROBERT
BOTHNER, D. GREGORY
20  SCOTT, and ROBERT
THOMPSON

21

22

23

24

25

26

27

28

# MEMORANDUM OF POINTS AND AUTHORITIES

There are currently five pending motions before the Court: (1) defendant Michael Abrams's motion for summary judgment (Docket No. 56); (2) Moving Defendants' motion for review of Magistrate Judge Nakazato's May 29, 2014 Discovery Order (Docket No. 62); (3) the FDIC's motion for partial summary judgment as to Defendants' affirmative defenses (Docket No. 64); (4) Moving Defendants' motion for review of Magistrate Judge Nakazato's June 12, 2014 Discovery Order (Docket No. 66); and (5) Moving Defendants' motion for a stay or, in the alternative, a continuance of the trial date (Docket No. 75).

On August 19, 2014, this Court issued an order consolidating and continuing to October 3, 2014 the hearings on all of the motions except the stay motion. (Docket No. 117.) Two days later, on August 21, 2014, the Court issued another order moving the hearing date to September 12, 2014. (Docket No. 118.) Presently, all five pending motions are scheduled to be heard on September 12.

Also on August 19, 2014, Moving Defendants' lead trial counsel, John F. Libby, learned that he will need to be travel of the country during the week of September 8, 2014 for client meetings in another matter. (Libby Decl. ¶ 5.) Specifically, Mr. Libby will be traveling to and from London, United Kingdom and possibly Tel Aviv, Israel during the week of September 8 to attend client meetings in connection with his representation of a foreign financial institution. (*Id.*) Mr. Libby cannot reschedule these meetings because of the number of people who already have arranged to attend, including representatives of the foreign institution, forensic accountants retained by Mr. Libby's firm, and possibly representatives of the U.S. Department of Justice. (*Id.* ¶ 6.) Mr. Libby confirmed on August 26, 2014 that the meetings in London will proceed during the week of September 8, 2014, and is awaiting confirmation that a portion of the trip will include Israel, which of course depends in part on the present security situation there. (*Id.* ¶ 7.) As a result,

Mr. Libby will be unable to attend the September 12, 2014 motion hearing in this action, as his trip will consume the entire week. (*Id.*)

Given his role as Moving Defendants' lead trial counsel, it is imperative that Mr. Libby be present for the September 12 hearing. Indeed, the motions that Moving Defendants have filed or are opposing (four motions total) are critically important to their defense of this action. For example, in its motion for partial summary judgment, the FDIC seeks to deprive Defendants of every single one of their remaining affirmative defenses. And in their motions for review, Moving Defendants seek production of highly relevant and important discovery — including the ability to depose the FDIC, the plaintiff in this action — after Magistrate Judge Nakazato refused to enforce Defendants' right to such discovery.

Because Mr. Libby's attendance at the September 12 is vital, and because it is not possible for Mr. Libby to postpone or reschedule his obligations abroad during the week of September 8, Moving Defendants respectfully request a short continuance of the motion hearing from, September 12 to September 17 or September 18, 2014. While Moving Defendants recognize that the Court ordinarily hears civil motions on Friday afternoons, Moving Defendants respectfully request an exception in this instance in light of Mr. Libby's unavailability, the critical importance of the pending motions, and the fact that the parties have not yet appeared in person before the Court.

In the alternative, if the Court is unavailable on September 17 or September 18, Moving Defendants respectfully request that the Court continue the motion hearing to September 26 — to date of the parties' final pretrial conference.

/ / /
/ / /
/ / /
/ / /
/ / /

1  For the foregoing reasons, the Moving Defendants respectfully request that
2  the Court grant this *ex parte* application.
3  Respectfully submitted,
4  Dated:  August 27, 2014          MANATT, PHELPS & PHILLIPS, LLP

6  By:          /s/  John F. Libby
7              John F. Libby
              *Attorney for Defendants*
              CURTIS REIS, ROBERT BOTHNER,
8              D. GREGORY SCOTT, and ROBERT
              THOMPSON

## DECLARATION OF JOHN F. LIBBY

I, John F. Libby, hereby declare as follows:

1.  I am an attorney duly licensed to practice law in the State of California and in this Court. I am a partner at the law firm of Manatt, Phelps & Phillips, LLP, counsel of record in this action for plaintiffs Robert Bothner, D. Gregory Scott, Robert Thompson, and the late Curtis Reis ("Moving Defendants"). The following facts are within my personal knowledge, and if called upon as a witness, I could and would testify competently thereto.

2.  This declaration is filed in support of Moving Defendants' *Ex Parte* Application to Continue September 12, 2014 Motion Hearing to September 17 or 18, 2014.

3.  My colleague, Emil Petrossian, provided the FDIC's counsel of record in this action, Jim Vorhis, and *pro se* defendant Michael Abrams with formal notice of the Application on August 25, 2014 via telephone. Mr. Petrossian sent written notice of this *ex parte* application to *pro se* defendant Daniel Jackson on August 26, 2014. The FDIC has indicated that it does not oppose the concept of a continuance, but as of the date of this Application, has not agreed to either September 17 or 18 for the new hearing date. Mr. Abrams has indicated that he will oppose the Application, but only insofar as it seeks to continue the hearing date on his pending motion for summary judgment against the FDIC. Mr. Jackson has not responded to Moving Defendants' request for his position regarding the Application.

4.  The FDIC's counsel's contact information is:

> Patrick J. Richard, Esq.
> prichard@nossaman.com
> James H. Vorhis, Esq.
> jvorhis@nossaman.com
> Nossaman LLP
> 50 California Street, 34th Floor
> San Francisco, California 94111
> Telephone: (415) 398-3600
> Facsimile: (415) 398-2438

1         Mr. Abrams's contact information is:

2         Michael Abrams
mabrams@abramsheynlaw.com
Abrams & Heyn LLP
11766 Wilshire Blvd., Sixth Floor
Los Angeles, California 90025
Telephone: (310) 268-1000
Facsimile: (310) 268-1061

6         Mr. Jackson's contact information is:

7         Daniel Jackson
danieljackson@cox.net
27 Merano
Mission Viejo, California 92692

10     5.     On August 19, 2014, I learned that I will need to travel out of the country during the week of September 8, 2014 for client meetings in another matter. Specifically, I will be traveling to and from London, United Kingdom and possibly Tel Aviv, Israel during the week of September 8 to attend client meetings in connection with my representation of a foreign financial institution.

15     6.     I cannot reschedule these meetings because of the number of people who already have arranged to attend, including representatives of the foreign institution, forensic accountants retained by my law firm, and possibly representatives of the U.S. Department of Justice.

19     7.     On August 26, 2014, I received confirmation that the meetings in London will proceed during the week September 8, 2014. In addition, I am awaiting confirmation that a portion of the trip will include Israel, which of course depends in part on the present security situation there. In any event, regardless of how the trip is ultimately scheduled, I will be unable to attend the September 12,

/ / /

/ / /

/ / /

/ / /

/ / /

1  2014 motion hearing in this action as the entire week of September 8 will be
2  consumed by travel.
3      I declare under penalty of perjury under the laws of the United States that the
4  foregoing is true and correct. Executed on August 27, 2014 in Los Angeles,
5  California.

                                                           */s/ John F. Libby*
                                                           John F. Libby

312767026.1