1  NOSSAMAN LLP
   Patrick J. Richard (SBN 131046)
2  prichard@nossaman.com
   James H. Vorhis (SBN 245034)
3  jvorhis@nossaman.com
   50 California Street, 34th Floor
4  San Francisco, CA  94111
   Telephone:  (415) 398-3600
5  Facsimile:   (415) 398-2438

6

7  Attorneys for the
   Federal Deposit Insurance Corporation
8  as Receiver for Alliance Bank

9

10

11

12              UNITED STATES DISTRICT COURT

13              CENTRAL DISTRICT OF CALIFORNIA

14

15
   FEDERAL DEPOSIT INSURANCE         Case No:  SACV 12-2212 JLS (ANx)
16 CORPORATION AS RECEIVER FOR
   ALLIANCE BANK,                    **STIPULATED DISMISSAL OF ACTION
17                                   WITH PREJUDICE (FED. R. CIV. PROC.
                                     41(A)(1))**
18            Plaintiff,
           v.
19
   CURTIS REIS; DANIEL JACKSON;
20 MICHAEL ABRAMS; ROBERT
   BOTHNER; D. GREGORY SCOTT; and
21 ROBERT THOMPSON,

22            Defendants.

23

24

25

26

27

28
                                              Case No. SACV 12-2212 (JLS ANx)
   STIPULATED DISMISSAL OF ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(A)(1))

4290483.v1

| | |
|---|---|
| 1 | The parties, by and through their undersigned counsel of record, hereby stipulate |
| 2 | and agree that the above-captioned action may be and hereby is dismissed with prejudice |
| 3 | pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, without the award of |
| 4 | costs or attorneys' fees to any party. |

Dated: December 16, 2014          NOSSAMAN LLP
                                  Patrick J. Richard
                                  James H. Vorhis

                                  BY:   /s/ James H. Vorhis
                                        James H. Vorhis
                                  Attorneys for Plaintiff
                                  FEDERAL DEPOSIT INSURANCE
                                  CORPORATION AS RECEIVER FOR
                                  ALLIANCE BANK

| | | |
|---|---|---|
| 1 | Dated: December 16, 2014 | MANATT, PHELPS & PHILLIPS, LLP |
| 2 | | Harold P. Reichwald |
| | | John F. Libby |
| 3 | | Emil Petrossian |
| | | Garrett Mott |
| 4 | | |
| | | By: /s/ *John F. Libby* |
| 5 | | John F. Libby |
| | | Attorneys for Defendants |
| 6 | | ROBERT BOTHNER, D. GREGORY SCOTT, |
| 7 | | AND ROBERT THOMPSON |
| 8 | Dated: December 16, 2014 | MICHAEL L. ABRAMS |
| 9 | | By: /s/ *Michael L. Abrams* |
| | | Michael L. Abrams |
| 10 | | In pro se |
| 11 | | |
| 12 | Dated: December 16, 2014 | DANIEL JACKSON |
| 13 | | By: /s/ *Daniel Jackson* |
| | | Daniel Jackson |
| 14 | | In pro se |
| 15 | Dated: December 16, 2014 | DUANE MORRIS, LLP |
| 16 | | RUSSELL W. ROTEN |
| | | KATHERINE NICHOLS |
| 17 | | |
| | | BY: : /s/ *Russell W. Roten* |
| 18 | | Russell W. Roten |
| 19 | | ATTORNEYS FOR PAMELA REIS AS TRUSTEE FOR THE REIS FAMILY TRUST DATED APRIL 24, 1995 |

2   Case No. SACV 12-2212 (JLS ANx)

STIPULATED DISMISSAL OF ACTION WITH PREJUDICE (FED. R. CIV. PROC. 41(A)(1))